UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOBADILLA,<br><br>  Plaintiff,<br><br>  v.<br><br>J. LIZZARAGA, et al.,<br><br>  Defendants. | No. 2:16-cv-0226-GEB-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his objections to the July 27, 2017 findings and recommendations.

Plaintiff's request (ECF No. 18) is granted and plaintiff has 30 days from the date this order is served to file his objections.

So ordered.

Dated: August 21, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE