UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOBADILLA, | No. 2:16-cv-226-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| J. LIZARRAGA, et al., | |
| Defendants. | |

On September 15, 2017, plaintiff filed a request for reconsideration of the magistrate judge's order filed September 6, 2017, denying plaintiff's motion for the appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Id. Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 6, 2017, is affirmed and the Clerk of the Court shall terminate docket number 22.

Dated: October 5, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1